STATE OF CONNECTICUT *v.* DARRYL BRYANT

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 626, is denied.

*John F. Kavanewski, Jr.,* in support of the petition.

*Geoffrey E. Marion,* deputy assistant state's attorney, in opposition.

Decided October 12, 1989

STATE OF CONNECTICUT *v.* NAPHTALI BROWN

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 640, is denied.

*Kent Drager,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided October 12, 1989

STATE OF CONNECTICUT *v.* JAMES MORRISSEY

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 658, is granted, limited to the following issue:

"Did the Appellate Court err in remanding this case for a factual determination concerning the reasonableness of the police officer's search in reliance upon its decision in *State* v. *Brown,* 14 Conn. App. 605, holding that there is a good faith exception to the exclusionary rule under article first, § 7, of the Connecticut constitution?"

*Steven D. Ecker,* in support of the petition.

*Geoffrey E. Marion,* deputy assistant state's attorney, in opposition.

Decided October 12, 1989